JOSE VELEZ
3936 S. Semoran Blvd. #317
Orlando, FL 32822
Tel: (407) 456-4880
Fax: None
jvelez2@protonmail.com

Plaintiff *in Propria Persona*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| JOSE VELEZ, | Case No.: 4:19-CV-2011 HSG |
|---|---|
| Plaintiff, | STIPULATION AND (~~PROPOSED~~) ORDER DISMISSING WITH PREJUDICE AS TO JEFFREY KONG |
| vs. | |
| THOMPA INCORPORATED, OLD MONTEREY CAFE LLC, JEFFREY KONG, | |
| Defendants. | |

The parties hereto, Plaintiff JOSE VELEZ ("VELEZ") and Defendant JEFFREY KONG

("KONG", by and through counsel of record) hereby stipulate as follows:

WHEREAS, VELEZ filed the Complaint against KONG;

WHEREAS, VELEZ and KONG entered into a Settlement Agreement;

WHEREAS, VELEZ and KONG hereby stipulate to a dismissal of the Complaint with

prejudice, each party to bear its own fees and costs.

IT IS SO STIPULATED.

DATED: July 24, 2019          By: _____
                                   JOSE VELEZ, Plaintiff in pro per

DATED: July 25, 2019

SWARTZ & KENNEDY

By: _____
    ANDREW H. SWARTZ
    Attorneys for Defendant Jeffrey Kong

Velez v Thompa Incorporated, et al.
Case No. 4:19-cv-00201 l-HSG

Stipulation/Order for Dismissal of Kong
Page 1

Based on the foregoing stipulation, the Complaint against Jeffrey Kong is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: 7/30/2019

By: *Haywood S. Gilliam, Jr.*
Haywood S Gilliam, Jr.
United States District Court Judge

Velez v Thompa Incorporated, et al.
Case No. 4:19-cv-002011-HSG

Stipulation/Order for Dismissal of Kong
Page 2