BRAD C. BRERETON (SBN 111266)
SASHA SHAHABI (SBN 298070)
**BRERETON LAW OFFICE APC**
1362 Pacific Avenue, Suite 221
Santa Cruz, CA 95060
Tel: (831) 429-6391
Fax: (831) 459-8298
(bcb@brereton.law)

Attorneys for Defendant
Thompa Incorporated

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VELEZ,<br><br>Plaintiff,<br><br>v.<br><br>THOMPA INCORPORATED, OLD MONTEREY CAFÉ LLC, JEFFREY KONG,<br><br>Defendants. | CASE NO.: 4:19-cv-02011-HSG<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>**[F.R.C.P. 41(a)]** |

Plaintiff Jose Velez, pro se, and Defendant Thompa Incorporated, through its attorney, hereby agree and stipulate to an order to dismiss, with prejudice, Defendant THOMPA INCORPORATED from the above captioned case.

WHEREAS, on April 15, 2019, Plaintiff Jose Velez filed an ADA action against Defendant Thompa Incorporated; AND

WHEREAS, Plaintiff Jose Velez and Defendant Thompa Incorporated desire to avoid the cost and uncertainty of litigation and have entered into a settlement agreement fully and finally settling all claims alleged in the complaint against Thompa Incorporated;

NOW THEREFORE, Plaintiff Jose Velez and Defendant Thompa Incorporated agree and stipulate to an order to dismiss, with prejudice, Defendant THOMPA INCORPORATED from this pending case.

IT IS SO STIPULATED.

Dated: October 9, 2019

Jose Velez
Plaintiff, Pro Se

Dated: 10/9/19

Brereton Law Office APC
By: Sasha Shahabi
Attorney for Defendant
Thompa Incorporated

## ORDER

The foregoing stipulation is approved. Defendant THOMPA INCORPORATED and the complaint against it are dismissed with prejudice.

IT IS SO ORDERED.

Dated: 10/10/2019

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge