BRAD C. BRERETON (SBN 111266)
SASHA SHAHABI (SBN 298070)
**BRERETON LAW OFFICE APC**
1362 Pacific Avenue, Suite 221
Santa Cruz, CA 95060
Tel: (831) 429-6391
Fax: (831) 459-8298
(bcb@brereton.law)

Attorneys for Defendant
Thompa Incorporated

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VELEZ,<br><br>Plaintiff,<br><br>v.<br><br>THOMPA INCORPORATED, OLD MONTEREY CAFÉ LLC, JEFFREY KONG,<br><br>Defendants. | CASE NO.: 4:19-cv-02011-HSG<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>[F.R.C.P. 41(a)] |

## **STIPULATION**

Plaintiff Jose Velez, pro se, and Defendant Old Monterey Café, LLC, through its attorney, hereby agree and stipulate to an order to dismiss, with prejudice, Defendant Old Monterey Café, LLC, and the complaint against said Defendant.

WHEREAS, on April 15, 2019, Plaintiff Jose Velez initiated this ADA action;

WHEREAS, on May 20, 2019, Defendant Old Monterey Café, LLC, filed an answer denying all claims against it; AND

WHEREAS, Plaintiff Jose Velez and Defendant Old Monterey Café, LLC, have now settled all disputes, claims, and causes of action.

1

NOW THEREFORE, Plaintiff Jose Velez and Defendant Old Monterey Café, LLC, agree and stipulate to an order dismissing, with prejudice, Defendant Old Monterey Café, LLC, and the complaint against said Defendant.

IT IS SO STIPULATED.

Dated: February 18, 2020

_____
Jose Velez
Plaintiff, Pro Se

Dated: 2/24/2020

_____
Brereton Law Office APC
By: Sasha Shahabi
Attorney for Defendant
Old Monterey Café, LLC

### ORDER

The foregoing stipulation of the parties is approved. Defendant Old Monterey Café, LLC, and the complaint against it are dismissed with prejudice.

IT IS SO ORDERED.

Dated: 2/26/2020

_____
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge